UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00456-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JESUS SOTO-GALINDO,
      a/k/a Jesus Soto,
      a/k/a "Chulugo".

        Defendant.

## ORDER RESCHEDULING CHANGE OF PLEA HEARING

The Change of Plea Hearing previously set for April 10, 2006 is hereby reset to **May 1, 2006 at 10:45 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 2nd day of February 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge