UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00456-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JESUS SOTO-GALINDO,
      a/k/a Jesus Soto,
      a/k/a "Chulugo".

        Defendant.

## ORDER REGARDING MAY 1, 2006 HEARING

On February 2, 2006 the Court issued an Order **(#21)** resetting the Sentencing Hearing of April 10, 2006 to May 1, 2006 at 10:45 a.m. In error, the Court referred to the hearing as a Change of Plea Hearing.

The Hearing rescheduled from April 10, 2006 to **May 1, 2006 at 10:45 a.m. is a Sentencing Hearing.**

DATED this 26th day of April 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge